# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2025

Lyle W. Cayce
Clerk

————————

No. 22-60266

————————

CALUMET SHREVEPORT REFINING, L.L.C.; PLACID REFINING COMPANY, L.L.C., ERGON REFINING, INCORPORATED; WYNNEWOOD REFINING COMPANY, L.L.C.,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*,

CONSOLIDATED WITH

————————

No. 22-60425

————————

WYNNEWOOD REFINING COMPANY, L.L.C.; CALUMET SHREVEPORT REFINING, L.L.C.; SAN ANTONIO REFINERY, L.L.C.;

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*,

No. 22-60266
c/w Nos. 22-60425, 22-60433, 22-60434

CONSOLIDATED WITH

_____

No. 22-60433

_____

ERGON REFINING, INCORPORATED; ERGON-WEST VIRGINIA,
INCORPORATED,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*,

CONSOLIDATED WITH

_____

No. 22-60434

_____

PLACID REFINING COMPANY, L.L.C.,

*Petitioner*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*.

2

No. 22-60266
c/w Nos. 22-60425, 22-60433, 22-60434

―――――――――――――――――――――

Petitions for Review of Orders of
the Environmental Protection Agency
Agency No. 87 Fed. Reg. 24300
Agency No. EPA-420-R-22-011
Agency No. 87 Fed. Reg. 34873

―――――――――――――――――――――

## ON REMAND FROM
## THE SUPREME COURT OF THE UNITED STATES

Before ELROD, *Chief Judge*, HIGGINBOTHAM and SMITH,
*Circuit Judges*.

PER CURIAM:

The Supreme Court vacated this court's judgment and remanded, holding that the actions under review were based on determinations of nationwide scope or effect and that venue is therefore proper only in the U.S. Court of Appeals for the D.C. Circuit. 605 U.S. ---, 145 S. Ct. 1735, 1752 (2025). On remand, the parties agree that we should transfer these petitions for review.

The petitions for review are TRANSFERRED to the U.S. Court of Appeals for the D.C. Circuit. Any outstanding motions are DENIED.